IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL STAFFIERO,

    Plaintiff,               No. CIV S-07-1464 MCE DAD P

    vs.

CA SUBSTANCE ABUSE TREATMENT FACILITY, et al.,

    Defendants.        ORDER

        Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of October 10, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 5, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: November 9, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
staf1464.36amc