IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL STAFFIERO,

      Plaintiff,                    No. CIV S-07-1464 MCE DAD P

    vs.

CA SUBSTANCE ABUSE
TREATMENT FACILITY, et al.,

      Defendants.            ORDER

/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed October 10, 2007, plaintiff's complaint was dismissed with leave to amend. Plaintiff has filed an amended complaint.

        Plaintiff's amended complaint appears to state cognizable claims for relief against defendant Olga Beregovskaya. See 42 U.S.C. § 1983; 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court finds that plaintiff's complaint does not state cognizable claims for relief against defendants California Substance Abuse Treatment Facility, John Doe, Jane Doe, and Does 1-11.[1]

---

[1] Plaintiff is advised that "[a]s a general rule, the use of 'John Doe' to identify a defendant is not favored." Gillespie v. Civiletti, 629 F.2d 637, 642 (9th Cir. 1980). If plaintiff

1

Accordingly, IT IS HEREBY ORDERED that:

1. Service of the amended complaint is appropriate for defendant Olga Beregovskaya.

2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet, and a copy of the amended complaint filed December 3, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit all of the following documents to the court at the same time:

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for the defendant listed in number 1 above; and

    d. Two copies of the amended complaint filed December 3, 2007.

4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: December 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
staf1464.1am

---

learns the identity of John Doe, Jane Doe, or Does 1-11 through the discovery process, he may file a motion to amend his complaint, together with a proposed second amended complaint. See Fed. R. Civ. P 15; Local Rule 15-220.

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL STAFFIERO,

        Plaintiff,                    No. CIV S-07-1464 MCE DAD P

    vs.

CA SUBSTANCE ABUSE
TREATMENT FACILITY, et al.,       NOTICE OF SUBMISSION

        Defendants.              OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ <u>one</u> completed summons form;

        _____ <u>one</u> completed USM-285 form; and

        _____ <u>two</u> true and exact copies of the amended complaint filed December 3, 2007.

DATED: _____.

                                                  _____
                                                  Plaintiff