IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL STAFFIERO,<br><br>        Plaintiff,<br><br>vs.<br><br>CA SUBSTANCE ABUSE<br>TREATMENT FACILITY, et al.,<br><br>        Defendants. | CASE NO: 2:07-CV-01464 MCE DAD P<br><br>SUBSTITUTION OF ATTORNEYS<br>FOR DEFENDANT OLGA BEREGOVSKAYA,<br>M.D. |

Defendant OLGA BEREGOVSKAYA, M.D. hereby substitutes the following counsel in place and in stead of the Attorney General's Office: Kathleen J. Williams, CSB #127021, WILLIAMS & ASSOCIATES, 1250 Sutterville Road, Suite 290, Sacramento, CA 95822.

All parties in this matter are requested to direct all communications with respect to defendant Beregovsyaya to the above-referenced address of counsel effective immediately.

**IT IS SO ORDERED.**

DATED: September 30, 2009.

/staff1464.sub

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE